```
         IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:23-cr-00162

TIMOTHY J. PRIDDY

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By: s/Joshua C. Hanks
JOSHUA C. HANKS
Assistant United States Attorney
WV State Bar No. 8550
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: josh.hanks@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 9th day of January, 2024, to:

    Wesley P. Page
    Federal Public Defender Office
    300 Virginia Street, East, Room 3400
    Charleston, West Virginia 25301
    Telephone: (304) 347-3350
    Fax: (304) 347-3356
    E-mail: wesley_page@fd.org


    s/Joshua C. Hanks
    JOSHUA C. HANKS
    Assistant United States Attorney
    WV State Bar No. 8550
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: josh.hanks@usdoj.gov