IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 2:22-cr-00162

TIMOTHY PRIDDY,

        Defendant.

## ORDER

Pending before the Court is the motion (ECF No. 25) of the United States to schedule a guilty plea hearing in this matter. The motion is **GRANTED**, and the Court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **January 22, 2024, at 10:30 a.m.**

In view of the scheduled plea hearing, the trial date of January 23, 2024, is **VACATED**, and will be rescheduled if necessary.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                                        ENTER:        January 9, 2024

THOMAS E. JOHNSTON, CHIEF JUDGE