

# U.S. District Court

**West Virginia Southern - Charleston**

TIMOTHY PRIDDY

Receipt Date: Jan 22, 2024 11:17AM

Rcpt. No: 2002093     Trans. Date: Jan 22, 2024 11:17AM     Cashier ID: #EB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DWVS223CR000162 /001<br>TIMOTHY PRIDDY | 1 | 100.00 | 100.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $100.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $100.00 |
| Total Tendered: | $100.00 |
| Total Cash Received: | $100.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.